DOVID FELD, Pro Se Plaintiff
1414 Milford Terrace
Teaneck, New Jersey 07666
(646) 265-9224



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DOVID FELD, | 2:13-cv-00027-RCJ-VCF |
| Plaintiff, | |
| vs. | **COMPLAINT and JURY DEMAND** |
| WYNN RESORTS, LTD., WYNN LAS VEGAS, JOHN DOE #1-5 and XYZ CORP. #1-5 | |
| Defendants. | |

Plaintiff, Dovid Feld, plaintiff pro se complaining of the Defendants, alleges the following upon information and belief:

### NATURE OF THE CASE

1. This is an action brought by Dovid Feld against defendants, alleging a violation of 42USC 1983 and plaintiff's civil rights by beating him and accosting him all without due cause and under color of state law. By this action, Plaintiff seeks money damages for personal injuries, medical expenses, pain and suffering, as well as liquidated, compensatory and punitive damages.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. Sec. 1332:a:2. The action is between citizens of different states and the matter in controversy exceeds $75,000.00

exclusive of interest and costs as well as 28 U.S.C. Sec. 1342 and 1367. This cause of action arose within the District of Nevada.

3. All civil rights violations alleged occurred within the District of Nevada where Defendants, Wynn Resorts, Ltd and Wynn Law Vegas presently do business.

## PARTIES

4. Pro Se Plaintiff, Dovid Feld, is an individual of legal age over the age of 18, residing at 1414 Milford Terrace, Teaneck, New Jersey 07666.

5. Upon information and belief, the Defendant, Wynn Resorts, Ltd is a company having a principal place of business located at 3131 Las Vegas Boulevard South, in Las Vegas, Nevada 89109.

6. Upon information and belief, the Defendant, Wynn Las Vegas is a company having a principal place of business located at 3131 Las Vegas Boulevard South, in Las Vegas, Nevada 89109.

7. Defendants, JOHN DOE #1-5 and XYZ CORP. #1-5, are Defendants who may be liable to Plaintiff by their action and or legal standing, but at this time are unknown to plaintiff. More specifically, but not limited to, John Does #1-5 being individuals who by their actions or policies contributed to the complained of conduct. XYZ Corp. #1-5 may be entities who either own or control entities legally responsible for the actions complained of.

## **FIRST CAUSE OF ACTION**

8. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 8 of this Complaint as though each were fully set forth and length herein.

9. On or about January 11, 2010, Plaintiff, Dovid Feld, was a lawful patron of defendant, Wynn Resorts, Ltd. and Wynn Las Vegas located at 3131 Las Vegas Boulevard South, Law Vegas, Nevada.

10. At that time and place, plaintiff was accosted and beaten by licensed security guards of the defendant, Wynn Resorts, Ltd. and Wynn Las Vegas.

11. Upon information and belief, said security guards were licensed by the state and/or local authorities and operating under color of state or local law.

12. In beating plaintiff without cause or provocation, defendants are in violation of 42USC 1983 and violated plaintiff's civil rights.

13. Defendant, John Doe #1-5 are individuals unknown to the Plaintiff at this time, who by their actions or policies contributed to the complained of conduct and thus are liable to Plaintiff.

14. Defendant, XYZ Corp. #1-5 is the corporate owner of the premises located at 3131 Las Vegas Boulevard South, Las Vegas, Nevada, and is a corporation that may also be legally responsible for the complained of conduct and thus liable to Plaintiff.

WHEREFORE, Plaintiff demands judgment for compensatory damages, punitive damages to be determined by the trier of fact, attorney's fees to be determined by the court, as well as interest and costs incurred in this action and for such other further relief as this court deems just and proper.

Dated: December 31, 2012

_____
Dovid Feld, Pro Se Plaintiff
1414 Milford Terrace
Teaneck, New Jersey 07666
(646) 265-9224

## JURY DEMAND

Plaintiff demands trial by jury with respect to all issues so triable.

Dated: December 31, 2012

_____
Dovid Feld, Pro Se Plaintiff
1414 Milford Terrace
Teaneck, New Jersey 07666
(646) 265-9224