UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DOVID FELD, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:13-cv-00027-RCJ-VCF |
| WYNN RESORTS, LTD. et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

Plaintiff brings the present action pursuant to 42 U.S.C. § 1983, alleging that Defendants' security guards beat him while acting under color of state law on January 11, 2010, in violation of his civil rights. (*See* Compl. ¶¶ 9–12 , Jan. 4, 2013, ECF No. 1).  Defendants have moved to dismiss, *inter alia*, because the statute of limitations for any § 1983 claim ran on January 11, 2012. *See Owens v. Oqure*, 488 U.S. 235, 249–50 (1989); Nev. Rev. Stat. § 11.190(4)(e).  The Court agrees, and Plaintiff has not timely responded. *See* Local R. 7-2(d).

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Stay (ECF No. 11) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 16th day of August, 2013.

_____
ROBERT C. JONES
United States District Judge

2